IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND; and ARTHUR H. BUNTE, Jr., as Trustee, *Plaintiffs*, v. K & M EQUIPMENT, INC., an Illinois corporation, and MIDWEST UNDERGROUND, INC., an Illinois corporation, *Defendants*. | Case No. 15-cv-11586 Judge James B. Zagel Magistrate Judge Michael Mason |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE OF COUNSEL

Pursuant to Local Rule 83.17, the Plaintiffs move to withdraw the appearance of attorney Melinda J. Wetzel. Ms. Wetzel has been a counsel of record for the Plaintiffs in this case. Effective January 8, 2016, Ms. Wetzel will be leaving the employ of the Central States Funds' Law Department. Consequently, after that date, Ms. Wetzel will no longer represent the Plaintiffs, and they request that her appearance be withdrawn. The Plaintiffs will remain represented by the Central States Funds Law Department, and the other attorneys who have appearances on file.

**WHEREFORE**, the Plaintiffs move that the appearance of attorney Melinda J. Wetzel be withdrawn, and further request all other just and appropriate relief.

Respectfully Submitted

*/s/ Melinda J. Wetzel*
Melinda J. Wetzel (ARDC #6314257)
Attorney for Plaintiffs
Central States, Southeast and Southwest Areas Pension Fund
9377 W. Higgins Road, 10th Floor
Rosemont, Illinois 60018-4938
(847) 939-2462
mwetzel@centralstatesfunds.org

January 5, 2016

T: 540449 / 15420080 / 1/5/2016

- 1 -

## CERTIFICATE OF SERVICE

I, Melinda J. Wetzel, one of the attorneys for the Plaintiffs, hereby certify that on January 5, 2016, I caused the foregoing *Motion for Leave to Withdraw Appearance of Counsel* to be filed electronically. Said document was served electronically by the Court's CM/ECF system on all individuals listed on the electronic filing receipt.

    Respectfully Submitted

    */s/ Melinda J. Wetzel*
    Melinda J. Wetzel (ARDC #6314257)
    Attorney for Plaintiffs
    Central States, Southeast and Southwest Areas Pension Fund
    9377 W. Higgins Road, 10th Floor
    Rosemont, Illinois 60018-4938
    (847) 939-2462
    mwetzel@centralstatesfunds.org

January 5, 2016    ATTORNEY FOR CENTRAL STATES