IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND; and ARTHUR H. BUNTE, Jr., as Trustee,<br><br>   *Plaintiffs,*<br><br>  v.<br><br>K & M EQUIPMENT, INC., an Illinois corporation, and MIDWEST UNDERGROUND, INC., an Illinois corporation,<br><br>   *Defendants.* | Case No. 15-cv-11586<br><br>Judge James B. Zagel<br><br>Magistrate Judge Michael Mason |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Tuesday, January 12, at the hour of 9:30 a.m., or as soon thereafter as counsel may be heard, Plaintiffs' attorney will appear before the Honorable James B. Zagel, Judge of the United States District Court for the Northern District of Illinois, located at 219 South Dearborn Street, Courtroom 2503, Chicago, Illinois, or such other Judge as may be sitting in his stead, and present Plaintiffs' *Motion for Leave to Withdraw Appearance of Counsel*. You are entitled to appear and be heard.

                 Respectfully Submitted

                 */s/ Melinda J. Wetzel*
                 Melinda J. Wetzel (ARDC #6314257)
                 Attorney for Plaintiffs
                 Central States, Southeast and Southwest Areas Pension Fund
                 9377 W. Higgins Road, 10th Floor
                 Rosemont, Illinois 60018-4938
                 (847) 939-2462
January 5, 2016           mwetzel@centralstatesfunds.org

## CERTIFICATE OF SERVICE

I, Melinda J. Wetzel, one of the attorneys for the Plaintiffs, hereby certify that on January 5, 2016, I caused the foregoing *Notice of Motion* to be filed electronically. Said document was served electronically by the Court's CM/ECF system on all individuals listed on the electronic filing receipt.

                                            Respectfully Submitted

                                            */s/ Melinda J. Wetzel*
Melinda J. Wetzel (ARDC #6314257)
Attorney for Plaintiffs
Central States, Southeast and Southwest Areas Pension Fund
9377 W. Higgins Road, 10th Floor
Rosemont, Illinois  60018-4938
(847) 939-2462
mwetzel@centralstatesfunds.org

January 5, 2016                                    ATTORNEY FOR CENTRAL STATES