# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND; and ARTHUR H. BUNTE, JR., as Trustee, <br><br>  Plaintiffs, <br><br> v. <br><br> K&M EQUIPMENT, INC., an Illinois corporation, and MIDWEST UNDERGROUND, INC., an Illinois corporation, <br><br>  Defendants. | Case No.: 15-cv-11586 <br><br> Judge: James B. Zagel <br><br> Magistrate Judge: Michael Mason |

## AGREED MOTION FOR ENTRY OF JOINT STIPULATED FACTS

Plaintiffs, Central States, Southeast and Southwest Areas Pension Fund (the "Fund") and Arthur H. Bunte, Jr., as Trustee (collectively, "Plaintiffs"), and Defendants K&M Equipment, Inc. ("K&M") and Midwest Underground, Inc. ("Midwest") (collectively, "Defendants"), through their respective attorneys, hereby jointly move the Court for entry of the statement of Joint Stipulated Facts, attached hereto as Exhibit A. In support thereof, the parties state as follows:

1. The parties submitted a Joint Initial Status Report to the Court on March 18, 2016. (ECF No. 20.) In the Report, the parties stated that they were negotiating a proposed stipulation of facts but would propose a discovery schedule if unable to reach agreement prior to the March 29, 2016 Status Hearing.

1

2. After the parties filed the Joint Initial Status Report, the Court continued the March 29, 2016 Status Hearing to July 14, 2016 and directed the parties to submit a proposed discovery schedule on or before March 29, 2016. (ECF No. 21.)

3. The parties have conferred and reached agreement on the attached statement of Joint Stipulated Facts. Accordingly, the parties agree that a discovery schedule is not necessary because the parties will not need to take any fact or other discovery for this action.

4. The parties propose that all dispositive motions be filed by May 13, 2016.

Wherefore, the parties respectfully request that the Court enter an order approving the statement of Joint Stipulated Facts attached hereto as Exhibit A.

Dated: March 29, 2016

Respectfully submitted,

/s/ Eric D. Field
Eric D. Field (IL State Bar No. 6255922)
Elizabeth A. Cyr (*pro hac vice*)
Andrew R. Turnbull (*pro hac vice*)
Allison S. Papadopoulos (*pro hac vice*)
AKIN GUMP STRAUSS HAUER & FELD, LLP
1333 New Hampshire Avenue, NW
Washington, DC 20036
Telephone: 202.887.4000
Facsimile: 202.778.4288
efield@akingump.com

Attorneys for Defendants.

/s/ with consent of Brandon A. Buyers
Brandon A. Buyers
CENTRAL STATES FUNDS LAW DEPARTMENT
9377 West Higgins Road, 10th Floor
Rosemont, Illinois 60018
Telephone: 847.939.2464
bbuyers@centralstatesfunds.org

Attorney for Plaintiffs.

# CERTIFICATE OF SERVICE

I, Eric Field, certify that on March 29, 2016, I caused a copy of the foregoing Joint Motion for Entry of Joint Stipulated Facts to be filed electronically. Said document was served electronically by the Court's CM/ECF systems on all individuals listed on the electronic filing receipt.

/s/ Eric D. Field
Eric D. Field
IL State Bar No. 6255922
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue, NW
Washington, DC 20036-1564
Telephone: 202.887.4000
Facsimile: 202.778.4288
efield@akingump.com

Attorney for Defendants.