**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND; and ARTHUR H. BUNTE, JR., as Trustee, <br><br> Plaintiffs, <br><br> v. <br><br> K&M EQUIPMENT, INC., an Illinois corporation, and MIDWEST UNDERGROUND, INC., an Illinois corporation, <br><br> Defendants. | Case No.: 15-cv-11586 <br><br> Judge: James B. Zagel <br><br> Magistrate Judge: Michael Mason |

**NOTICE OF MOTION**

TAKE NOTICE that on Tuesday, May 10, 2016 at 9:30 a.m., or as soon thereafter as counsel may be heard, the undersigned attorneys for Central States, Southeast and Southwest Areas Pension Fund (the "Fund") and Arthur H. Bunte, Jr., as Trustee (collectively, "Plaintiffs"), and Defendants K&M Equipment, Inc. ("K&M") and Midwest Underground, Inc. ("Midwest") (collectively, "Defendants") will appear before the Honorable Judge Zagel, Judge of the United States District Court for the Northern District of Illinois, located at 219 South Dearborn Street, Courtroom 2503, Chicago, Illinois 60604 or such other Judge as may be sitting in his stead, and then and there present the attached Agreed Motion for Entry of Joint Stipulated Facts.

1

Dated: March 29, 2016            Respectfully submitted,

/s/ Eric D. Field
_____
Eric D. Field (IL State Bar No. 6255922)
Elizabeth A. Cyr (*pro hac vice*)
Andrew R. Turnbull (*pro hac vice*)
Allison S. Papadopoulos (*pro hac vice*)
AKIN GUMP STRAUSS HAUER & FELD, LLP
1333 New Hampshire Avenue, NW
Washington, DC 20036
Telephone: 202.887.4000
Facsimile: 202.778.4288
efield@akingump.com

Attorneys for Defendants.

/s/ with consent of Brandon A. Buyers
_____
Brandon A. Buyers
CENTRAL STATES FUNDS LAW DEPARTMENT
9377 West Higgins Road, 10th Floor
Rosemont, Illinois 60018
Telephone: 847.939.2464
bbuyers@centralstatesfunds.org

Attorney for Plaintiffs.

## **CERTIFICATE OF SERVICE**

I, Eric Field, certify that on March 29, 2016, I caused a copy of the foregoing Notice of Motion to be filed electronically. Said document was served electronically by the Court's CM/ECF systems on all individuals listed on the electronic filing receipt.

/s/ Eric D. Field
Eric D. Field
IL State Bar No. 6255922
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue, NW
Washington, DC 20036-1564
Telephone: 202.887.4000
Facsimile: 202.778.4288
efield@akingump.com

Attorney for Defendants.