IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND; and ARTHUR H. BUNTE, JR., as Trustee, <br><br> Plaintiffs, <br><br> v. <br><br> K&M EQUIPMENT, INC., an Illinois corporation, and MIDWEST UNDERGROUND, INC., an Illinois corporation, <br><br> Defendants | Case No.: 15-cv-11586 <br><br> Judge: James B. Zagel <br><br> Magistrate Judge: Michael Mason |

## AGREED MOTION TO SET THE BRIEFING SCHEDULE FOR DISPOSITIVE MOTIONS

Pursuant to this Court's rules and standing orders, Plaintiffs Central States, Southeast and Southwest Areas Pension Fund (the "Fund") and Arthur H. Bunte, Jr., as Trustee (collectively, "Plaintiffs"), and Defendants K&M Equipment, Inc. ("K&M") and Midwest Underground, Inc. ("Midwest") (collectively, "Defendants"), by and through their respective attorneys, hereby move the Court for an order setting the briefing schedule for the parties' dispositive motions. In support of thereof, the parties state as follows:

1. On March 29, 2016, the parties jointly moved the Court for entry of a statement of Joint Stipulated Facts and requested that the Court set the dispositive motion deadline for May 13, 2016.

2. On April 7, 2016, the Court approved the Joint Stipulated Facts (ECF No. 29.) The Court further ordered the parties to file dispositive motions on or before May 13, 2016. *Id.*

1

The April 7 Order did not specify a briefing schedule for the parties' dispositive motions. This Court's standing orders provide that "[m]otions for summary judgment and all responsive briefs shall be served (but not filed) according to a service schedule approved by the Court."

3. Accordingly, the parties hereby move this Court for an order establishing the briefing schedule for dispositive motions as follows:

    a. Dispositive motions to be exchanged no later than May 13, 2016.

    b. Oppositions to dispositive motions to be exchanged no later than June 3, 2016.

    c. Replies in support of dispositive motions to be exchanged no later than June 17, 2016.

4. This motion is brought in good faith, will not prejudice any party herein, and is not brought for any improper purpose.

WHEREFORE, the Parties respectfully request that the Court enter an Order setting the briefing schedule for the parties' dispositive motions in accordance with the foregoing.

Dated: May 5, 2016

Respectfully submitted,

    /s/ Eric D. Field
Eric D. Field (IL Bar # 6255922)
Elizabeth A. Cyr (*pro hac vice*)
Andrew R. Turnbull (*pro hac vice*)
Allison S. Papadopoulos (*pro hac vice*)
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue, NW
Washington, DC 20036-1564
Telephone: 202.887.4000
Facsimile: 202.778.4288
efield@akingump.com

Attorneys for Defendants

/s/ with consent of Brandon A. Buyers
Brandon A. Buyers (IL Bar # 6312454)
CENTRAL STATES FUNDS LAW DEPARTMENT
9377 West Higgins Road, 10th Floor

Rosemont, Illinois 60018
Telephone: 847.939.2464
bbuyers@centralstatesfunds.org

Attorney for Plaintiffs.

**CERTIFICATE OF SERVICE**

I, Eric Field, certify that on May 5, 2016, I caused a copy of the foregoing Agreed Motion to Clarify Briefing Schedule to be filed electronically. Said document was served electronically by the Court's CM/ECF systems on all individuals listed on the electronic filing receipt.

/s/ Eric D. Field
Eric D. Field
IL State Bar No. 6255922
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue, NW
Washington, DC 20036-1564
Telephone: 202.887.4000
Facsimile: 202.778.4288
efield@akingump.com

Attorney for Defendants