**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND ) <br> SOUTHWEST AREAS PENSION FUND; ) <br> and ARTHUR H. BUNTE, JR., as Trustee, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> K&M EQUIPMENT, INC., an Illinois ) <br> corporation, and MIDWEST ) <br> UNDERGROUND, INC., ) <br> an Illinois corporation, ) <br> ) <br> Defendants ) | Case No.: 15-cv-11586 <br><br> Judge: James B. Zagel <br><br> Magistrate Judge: Michael Mason |

**JOINT NOTICE OF MOTION**

TAKE NOTICE that on Thursday, July 14, 2016, at 9:15 a.m., or as soon thereafter as counsel may be heard, the undersigned attorneys for Plaintiffs Central States, Southeast and Southwest Areas Pension Fund and Arthur H. Bunte, Jr., as Trustee (collectively, "Plaintiffs"), and Defendants K&M Equipment, Inc. and Midwest Underground, Inc. (collectively, "Defendants") will appear before the Honorable Judge Zagel, Judge of the United States District Court for the Northern District of Illinois, located at 219 South Dearborn Street, Courtroom 2503, Chicago, Illinois 60604, or such other Judge as may be sitting in his stead, and then and there present Plaintiffs' Motion for Summary Judgment and Defendants' Motion for Summary Judgment. A status conference in this matter is also set for July 14, 2016 at 9:15 a.m.

1

Dated:  June 30, 2016　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/ Elizabeth A. Cyr
　　　　　　　　　　　　　　　　　　Eric D. Field (IL Bar # 6255922)
　　　　　　　　　　　　　　　　　　Elizabeth A. Cyr (*pro hac vice*)
　　　　　　　　　　　　　　　　　　Andrew R. Turnbull (*pro hac vice*)
　　　　　　　　　　　　　　　　　　Allison S. Papadopoulos (*pro hac vice*)
　　　　　　　　　　　　　　　　　　AKIN GUMP STRAUSS HAUER & FELD LLP
　　　　　　　　　　　　　　　　　　1333 New Hampshire Avenue, NW
　　　　　　　　　　　　　　　　　　Washington, DC  20036-1564
　　　　　　　　　　　　　　　　　　Telephone: 202.887.4000
　　　　　　　　　　　　　　　　　　Facsimile:  202.778.4288
　　　　　　　　　　　　　　　　　　efield@akingump.com

　　　　　　　　　　　　　　　　　　Attorneys for Defendants

　　　　　　　　　　　　　　　　　　/s/ with consent of Brandon A. Buyers
　　　　　　　　　　　　　　　　　　Brandon A. Buyers (IL Bar # 6312454)
　　　　　　　　　　　　　　　　　　CENTRAL STATES FUNDS LAW DEPARTMENT
　　　　　　　　　　　　　　　　　　9377 West Higgins Road, 10th Floor
　　　　　　　　　　　　　　　　　　Rosemont, Illinois 60018
　　　　　　　　　　　　　　　　　　Telephone:  847.939.2464
　　　　　　　　　　　　　　　　　　bbuyers@centralstatesfunds.org

　　　　　　　　　　　　　　　　　　Attorney for Plaintiffs.

## **CERTIFICATE OF SERVICE**

I, Elizabeth A. Cyr, certify that on June 30, 2016, I caused a copy of the foregoing Joint Notice of Motion to be filed electronically. Said documents were served electronically by the Court's CM/ECF systems on all individuals listed on the electronic filing receipt.

/s/ Elizabeth A. Cyr
Elizabeth A. Cyr