# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Central States, Southeast and Southwest Areas Pension Fund et al,

Plaintiff(s),

v.

K & M Equipment, Inc. & Midwest Underground, Inc. ,

Defendant(s).

Case No. 15cv11586
Judge James B. Zagel

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $           ,

which ☐ includes      pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Plaintiffs' Motion for Summary Judgment [35] is granted and Defendants' Motion for Summary Judgment [38] is denied.

This action was *(check one)*:

☐ tried by a jury with Judge     presiding, and the jury has rendered a verdict.
☐ tried by Judge    without a jury and the above decision was reached.
☒ decided by Judge James B. Zagel on a motion

Date: 8/15/2016                                   Thomas G. Bruton, Clerk of Court

Elisa Perez , Deputy Clerk